**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Ames v. Portage Cty. Budget Comm.*, **Slip Opinion No. 2022-Ohio-4666.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4666

AMES, APPELLANT, *v.* PORTAGE COUNTY BUDGET COMMISSION, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Ames v. Portage Cty. Budget Comm.*, Slip Opinion No.` 2022-Ohio-4666.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2022-0930—Submitted December 23, 2022—Decided December 27, 2022.)

APPEAL from the Court of Appeals for Portage County,

No. 2021-P-0074, 2022-Ohio-1905.

_____

{¶ 1} This case is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____

Brian M. Ames, pro se.

Victor V. Vigluicci, Portage County Prosecuting Attorney, and Christopher J. Meduri, Assistant Prosecuting Attorney, for appellee.

_____